Case 2:20-cv-00019 Document 36 Filed on 06/26/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGELIO GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00019 |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memoranda and Recommendations (D.E. 35), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 26th day of June, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE